IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CR3000 |
| | ) | |
| v. | ) | |
| | ) | |
| AMBER L. DIECKHOFF, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved for new counsel, explaining she is dissatisfied with her current counsel (sealed filing no. 32). The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1) The defendant's motion to appoint new counsel (filing no. 32) is granted. The clerk shall delete Mr. Aman from any future ECF notifications herein.

(2) The assigned US Attorney shall promptly provide a conflict list to my Courtroom Deputy to be forwarded, along with this memorandum and order, to the Federal Public Defender.

(3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. The court recommends appointment of an "A" panel attorney for defendant.

(4) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

April 30, 2012                                BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge